IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH SCOTT                                                                                                       PETITIONER

vs.                               CASE NO. **4:04CR00117SWW**
                                                  **4:07CV00567SWW**

UNITED STATES OF AMERICA                                                                      RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered this date, the motion to vacate, set aside, or correct sentence is hereby denied.

IT IS SO ORDERED this 13th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE